# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0493. JAMES O. BURDEN v. THE STATE.**

On April 4, 2019, James O. Burden, who was convicted of two counts of armed robbery, filed this discretionary application to challenge a February 5, 2019 trial court order dismissing his motion to set aside verdict and vacate judgment.[1] We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Burden filed his discretionary application 58 days after the trial court entered its order, his application is untimely.

Second, even if Burden's application had been timely filed, this Court would still lack jurisdiction. "[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case[,]" and any appeal from an order denying such a motion must be dismissed. *Harper v. State*, 286 Ga. 216, 218 (1) (686

---

[1] Burden filed the application in the Supreme Court, which transferred the matter to this Court.

SE2d 786) (2009).  Consequently, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  06/25/2019*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*